## LEMUEL TRACY *versus* J. PERRY, et a.

Writs of error are judicial writs, and need not be endorsed.

THIS was a writ of error, brought to reverse a judgment of the court of common pleas.

*J. Parker*, for the defendants in error, moved the court to quash the writ of error, because it had not been endorsed, and he cited Tidd's Prac. 1051, and 982, note a ; 3 Greenleaf, 216 ; *Clap* v. *Balch.*

*Handerson*, for the plaintiff.

*By the court.* We are of opinion, that neither writs of error, writs of review, nor writs of *scire facias* against bail and against endorsers of writs, are original writs within the meaning of the statute, which requires such writs to be endorsed. They are judicial, and not original writs. 3 Bl. Com. 282 ; 16 Mass. Rep. 74, *Grosvenor* v. *Danforth ;* 9 Mass. Rep. 217, *Campbell* v. *Stiles.* The writ cannot therefore be quashed on this ground.